# SCHEDULE A

**<u>SCHEDULE A</u>**

<u>AUTHORITY FOR THE TAKING</u>

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-5052
Owner:  Noelia Muniz Villarreal, *et al*.
Acres:  1.044

**BEING** a 1.044 acre tract (45,467 square feet) parcel of land, more or less, being
out of a called 3.784 acre tract, recorded in Document No. 1990-153878 and
Document No. 1936-4878, Official Records of Starr County (O.R.S.C.), Texas,
conveyed to the known and unknown heirs of Matias Muniz and the known and
unknown heirs of Jacinta Muniz, said tract being a part of Share 12-A, Porcion 71,
Ancient Jurisdiction of Camargo, Mexico, now Starr County, Texas, said 1.044
acre tract (45,467 square feet) parcel of land being more particularly described as
follows;

**BEGINNING:** at a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap
stamped "RGV-RGC-5036-2-4A=RGV-RGC-5036-3-1=RGV-RGC-5052-1"
having a coordinate value of N=16665233.091, E=847709.845, said point being
the northeast corner of the herein described proposed acquisition tract, said point
also being the northeast corner of said known and unknown heirs of Matias Muniz
and the known and unknown heirs of Jacinta Muniz tract, the northeast corner of
said Share 12-A, the northwest corner of a called 4.132 acre tract, recorded in
Document No. 1953-38040, Official Records of Starr County (O.R.S.C.), Texas,
conveyed to the estate of Ignacia G. Gutierrez, et al and the northwest corner of
Share 10-A, Porcion 71, said point also being S 71°47'14" E, a distance of 1363.33
feet from United States Corps of Engineers Control Point No. SS10-2019 ("B&F
Engineering, Inc." aluminum cap in concrete);

**THENCE:** S 17°49'49" W, along the east line of said known and unknown heirs
of Matias Muniz and the known and unknown heirs of Jacinta Muniz tract tract, the

east line of said Share 12-A, the west line of said estate of Ignacia G. Gutierrez, et
al tract and the west line of said Share 10-A, a distance of 173.77 feet to a set 5/8"
rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-5036-3-
4=RGV-RGC-5052-2" for the southeast corner of the herein described proposed
acquisition tract;

**SCHEDULE C (Cont.)**

**THENCE:** N 86°48'53" W, departing the east line of said known and unknown heirs of Matias Muniz and the known and unknown heirs of Jacinta Muniz tract, the east line of said Share 12-A, the west line of said estate of Ignacia G. Gutierrez, et al tract and the west line of said Share 10-A, over and across said known and unknown heirs of Matias Muniz and the known and unknown heirs of Jacinta Muniz tract and said Share 12-A, a distance of 237.69 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-5036-1-3=RGV-RGC-5052-3" for the southwest corner of the herein described proposed acquisition tract, said point being on the west line of said known and unknown heirs of Matias Muniz and the known and unknown heirs of Jacinta Muniz tract, the west line of said Share 12-A, the east line of a called 5.15 acre tract, recorded in Volume 190, Page 263, Volume 190, Page 359 and Volume 191, Page 134, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to the estate of Ignacia G. Gutierrez, et al and east line of Share 13-A, Porcion 71;

**THENCE:** N 17°49'24" E, along the west line of said known and unknown heirs of Matias Muniz and the known and unknown heirs of Jacinta Muniz tract, the west line of said Share 12-A, the east line of said estate of Ignacia G. Gutierrez, et al tract and the east line of said Share 13-A, a distance of 206.71 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-5036-1-2=RGV-RGC-5052-4" for the northwest corner of the herein described proposed acquisition tract;

**THENCE:** S 86°48'53" E, departing the west line of said known and unknown heirs of Matias Muniz and the known and unknown heirs of Jacinta Muniz tract, the west line of said Share 12-A, the east line of said estate of Ignacia G. Gutierrez, et al tract and the east line of said Share 13-A, over and across said known and unknown heirs of Matias Muniz and the known and unknown heirs of Jacinta Muniz tract and said Share 12-A, a distance of 107.55 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-5036-2-5=RGV-RGC-5052-5" for an angle point, said point being on the north line of said known

and unknown heirs of Matias Muniz and the known and unknown heirs of Jacinta Muniz tract, the north line of said Share 12-A, the west line of said estate of Ignacia G. Gutierrez, et al tract and west line of said Share 7;

### SCHEDULE C (Cont.)

**THENCE:** S 72°09'20" E, along the north line of said known and unknown heirs of Matias Muniz and the known and unknown heirs of Jacinta Muniz tract, the north line of said Share 12-A, the west line of said estate of Ignacia G. Gutierrez, et al tract and west line of said Share 7, a distance of 125.94 feet to the **POINT OF BEGINNING** and containing 1.044 acres (45,467 square feet) parcel of land, more or less.

# SCHEDULE D

# SCHEDULE D

MAP or PLAT
LAND TO BE CONDEMNED

PORCION 71
N
THE ESTATE OF IGNACIA G. GUTIERREZ, ET AL
CALLED 11.473 ACRES
DOC. NO. 1951-34110 ORSC
DOC. NO. 1951-33940 ORSC
DOC. NO. 1951-33891 ORSC
DOC. NO. 1936-4878 ORSC
SHARE 7
S72°09'20"E 104.06'
27.22'
S86°48'53"E 107.55'
S72°09'20"E 125.94'
TRACT RGV-RGC-5036-2
RGV-RGC-5036-1-2=
RGV-RGC-5052-4
~TREES~
RGV-RGC-5036-2-5=
RGV-RGC-5052-5
PRIVATE GRAVEL ROAD
SHARE 12-A
TRACT
RGV-RGC-5052
ACQUISITION AREA:
1.044 ACRES
~TREES~
TRACT RGV-RGC-5036-1
SHARE 13-A
N17°49'24"E 206.71'
KNOWN AND UNKNOWN HEIRS OF MATIAS MUNIZ
KNOWN AND UNKNOWN HEIRS OF JACINTA MUNIZ
CALLED 3.784 ACRES
DOC. NO. 1990-153878 ORSC
DOC. NO. 1936-4878 ORSC
S17°49'49"W 173.77'
POB
RGV-RGC-5036-2-4A=
RGV-RGC-5036-3-1=
RGV-RGC-5052-1
N: 16665233.091
E: 847709.845
SHARE 10-A
TRACT
RGV-RGC-5036-3
THE ESTATE OF IGNACIA G. GUTIERREZ, ET AL.
CALLED 4.132 ACRES
DOC. NO. 1953-38040 ORSC
N86°48'53"W 237.69'
RGV-RGC-5036-1-3=
RGV-RGC-5052-3
RGV-RGC-5036-3-4=
RGV-RGC-5052-2
THE ESTATE OF IGNACIA G. GUTIERREZ, ET AL.
CALLED 5.15 ACRES
VOL. 190, PG. 263 DRSC
VOL. 190, PG. 359 DRSC
VOL. 191, PG. 134 DRSC
50 40 30 20 10 0 25
SCALE IN FEET
Drawing Ref. No. SHEET 4 OF 6
METES & BOUNDS SURVEY
KNOWN AND UNKNOWN HEIRS OF MATIAS MUNIZ
KNOWN AND UNKNOWN HEIRS OF JACINTA MUNIZ
TRACT No. RGV-RGC-5052
STARR COUNTY
TEXAS
Mark Description Date Appr.
CONTRACT NO.: W9127S-14-D-0013
T.O.: W9127S19F0075
BY DATE
Drawn RLS 04/20
Checked DWB 04/20
Surveyor JJB 03/20
Fld.Bk. # 19SSB-76-85
B&F
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
US Army Corps of Engineers
B&F PROJ. 7-2888-0919
FILE NAME: RGV-RGC-5052
DATE: 4/17/20

## SCHEDULE D (Cont.)

**LEGEND**

ORSC  OFFICIAL RECORDS OF
      STARR COUNTY

DRSC  DEED RECORDS OF
      STARR COUNTY

DOC.  DOCUMENT

NO.   NUMBER

VOL.  VOLUME

PG.   PAGE

POB   POINT OF BEGINNING

POC   POINT OF COMMENCING

●     SET 5/8" REBAR W/ "B&F"
      CAP AS NOTED

⊙     FOUND MONUMENT AS NOTED

⊙ᶜᴾ   COMPUTED POINT

▬▬▬   ACQUISITION AREA BOUNDARY

—x——x—  FENCE LINE

——PL——  PROPERTY LINE

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV−RGC−5036−2−4A=RGC−RGC−5036−3−1=RGV−RGC−5052−1 | 16665233.091 | 847709.845 |
| RGV−RGC−5036−3−4=RGV−RGC−5052−2 | 16665067.663 | 847656.635 |
| RGV−RGC−5036−1−3=RGV−RGC−5052−3 | 16665080.870 | 847419.308 |
| RGV−RGC−5036−1−2=RGV−RGC−5052−4 | 16665277.659 | 847482.578 |
| RGV−RGC−5036−2−5=RGV−RGC−5052−5 | 16665271.683 | 847589.964 |

**GENERAL SURVEYOR'S NOTES:**

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE
   SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE
   DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE
   TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF
   ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON
   FIELD DIMENSIONS. SEE SURVEYORS REPORT FOR BOUNDARY AND REMAINING ACREAGE NOTES.
5. FIELD SURVEY WAS COMPLETED IN APRIL 2020.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE
   CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886−1143.
8. LONESTAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON APRIL 2, 2020 (TICKET NO. 2059362327).

| METES & BOUNDS SURVEY<br>KNOWN AND UNKNOWN HEIRS OF MATIAS MUNIZ<br>KNOWN AND UNKNOWN HEIRS OF JACINTA MUNIZ<br>TRACT No. RGV-RGC-5052<br>STARR COUNTY                    TEXAS | Mark | Description | Date | Appr. |
|---|---|---|---|---|

CONTRACT NO.: W9127S-14-Q-0013
T.O.: W9127S19F0075

| | BY | DATE |
|---|---|---|
| Drawn | RLB | 04/20 |
| Checked | DWB | 04/20 |
| Surveyor | JJB | 03/20 |
| Fid.BK. # | 19938-78-85 |  |

TEXAS LICENSED SURVEYOR FIRM
B&F ENGINEERING, INC.
NO. 10101340



ENGINEERING, INC.
926 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6856
(EMAIL) info@bfeng.com



Drawing SHEET 5 OF 6 Sh. No.

US Army Corps of Engineers

B&F PROJ.   7-2585-0919     FILE NAME:  RGV-RGC-5052     DATE:   4/17/20

## SCHEDULE D (Cont.)



Tract:  RGV-RGC-5052
Owner:  Noelia Muniz Villarreal, *et al.*
Acreage:  1.044

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-5052
Owner:  Noelia Muniz Villarreal, *et al*.
Acres:  1.044

The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to the mineral interests of third parties; excepting and reserving to the Grantor all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;

Reserving to the owners of land identified in conveyances recorded with Official Records, Starr County, Texas, document number 1936-4878, and document number 1990-153878, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION


The sum estimated as just compensation for the land being taken is FIVE THOUSAND FIVE HUNDRED TWELVE DOLLARS AND NO/100 ($5,512.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Noelia Muniz Villarreal**<br><br>Rio Grande City, Texas 78582 | Deed of Gift, Document #1990-153878; Filed for Record October 18, 1990, volume 621, page 24, Official Records of Starr County |
| **The Unknown Heirs of Matias Muniz, deceased, if any** | Final Decree of Partition, Document #1936-4878, Recorded March 27, 1936, volume 88, page 361 |
| **The Unknown Heirs of Jacinta Muniz, deceased, if any** | |
| **The Unknown Heirs of Victoriana Muniz, deceased, if any** | |
| **The Estate of Eva M. Alvarado, deceased** | |
| **Ameida Salinas**<br>Starr County Tax Assessor & Collector<br>100 N. FM 3167<br>Rio Grande City, Texas  78582 | Taxing authority |