# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   7:20-CV-252 |
| 1.044 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND NOELIA MUNIZ VILLARREAL, ET AL., | § § § § § § | |
| *Defendants.* | § | |

___

## CLERK'S RECEIPT
___

I, David J. Bradley, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on November 5, 2020, I received from the United States of America, Plaintiff herein, a direct deposit into the Registry of the Court in the amount of **TWO THOUSAND FOUR HUNDRED EIGHTY-EIGHT DOLLARS AND NO CENTS** ($2,488.00), being an additional amount of just compensation in the above entitled condemnation proceeding.

                                                 **CLERK, UNITED STATES DISTRICT COURT**

                           By: *Kathy Nguyen*
                               **Deputy Clerk**